UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALEXANDER GALLO,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 21-3298 (TNM) |

## ORDER

Upon consideration of plaintiff's Motion To Strike References to an "Unchallenged" Eviction Ban and Nonexistent "Remedies" (Motion), defendant's opposition, and the entire record, it is this _____ day of _____, 2022,

**ORDERED** that plaintiff's Motion is **DENIED.**

_____
THE HONORABLE TREVOR N. McFADDEN
Judge, United States District Court
    for the District of Columbia