**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Alexander Gallo
*Plaintiff*

v.

District of Columbia
*Defendant*

Case 1:21-cv-03298-TNM
Judge Trevor N. McFadden

*Leave to file GRANTED 1/18/23*
TREVOR N. MCFADDEN
United States District Judge

### Notice of Supplemental Authority (Reversionary Interest)

On December 29, 2022, the DC Court of Appeals published an opinion clarifying the law of reversionary interest in the District. See *DC v. Design Center Owner (D.C.) LLC*, Nos. 21-TX-0473 & 21-TX-0627. Such articulations are controlling.[1]

The interest reverts "to a present interest upon the extinction of the leasehold estate." *Id*, at 7. It is, even pre-reversion, vested: "the lessors' already-vested future ownership interests..." *Id*, at 17 & "vested future interest to a present one." *Id*, at 23. Pre-reversion it is an "estate in expectancy" *Id* at 20, referencing D.C. Code §§ 42-508, which becomes present upon breach of a lease: "No matter how the termination comes about, the result is the same: the landowners' reversionary interests become present interests" *Id*, at 24 ("whenever their lessee breaches the lease agreement and thereby causes an early termination of the lease." footnote 9).[2]

Respectfully submitted,

*Alexander Gallo*
Alexander Gallo
950 25th St NW #329N
Washington, DC 20037
516-770-1624
aogallo@gwmail.gwu.edu

**RECEIVED**
1/12/2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

---

[1] While possibly not an "extraordinary" circumstance, it is proper to Notice intervening cases of controlling nature.
[2] This channels the chief judge of New York: "Reversion, in the general sense, as being a return of the estate to the original owner, after the limited estate carved out of it had determined... was not only known to the Roman law, but it was regulated in the code of the ancient Hindus." & "it is a vested interest or estate" & "reversions expectant..." *Commentaries on American Law* (1826-30), Chancellor James Kent, Lecture 62: Of Estates in Reversion.

## Certificate of Service

I certify that on January 12, 2023, a copy of this Notice is served by electronic mail on:

micah.bluming@dc.gov