UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENISE PRICE, *et al.*,<br><br>*Plaintiff,*<br><br>v.<br><br>OFFICER MICHAEL PEARSON, *et al.*,<br><br>*Defendant.* | Civil Action No. 20-00614-RBW |

**ORDER**

Upon consideration of the Defendants' Motion for Summary Judgment, the response to that motion, any reply, and the entire record, it is hereby,

**ORDERED** that the Motion is **GRANTED**. It is further,

**ORDERED** that summary judgment shall be entered on all claims for Defendants.

**SO ORDERED** this _____ day of _____, 2023.

_____
REGGIE B. WALTON
United States District Judge