UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER GALLO,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**,<br><br>Defendant. | Case No. 1:21-cv-03298 (TNM) |

**ORDER**

On May 4, 2023, the District of Columbia filed a Motion to Dismiss. *See* ECF No. 42. This motion, if granted, would end the lawsuit. The plaintiff in this case is proceeding *pro se*. Accordingly, the plaintiff is entitled to notice of the consequences of failing to respond, including "an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

It is hereby ordered that the plaintiff shall respond to the defendant's motion by **May 25, 2023**. The plaintiff is warned that if he does not respond by this deadline, the Court may treat the motion as conceded and dismiss the complaint.

**SO ORDERED.**

Dated: May 5, 2023

/s/
TREVOR N. MCFADDEN, U.S.D.J.