# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Alexander Gallo
*Plaintiff*

v.                                          **Case 1:21-cv-03298-TNM**
                                            **Judge Trevor N. McFadden**

District of Columbia
*Defendant*

### Plaintiff's Renewed Motion to Expedite
*(Local Rule 7(m): The District does not consent to renewal of this motion)*

Begin with this video, recorded outside the Oakland City Council this week.[1]

This case has been punted for 3 years. Last month, DC's NBC News ran a story about "dozens" of DC landlords still stiffed even *after* jointly applying to StayDC.[2] John Jones is out 40 grand on one condo. Robert Butler is out 24 grand. The District does not compensate.

This case's first "holding" continues to be cited for the purpose of furthering continued violations nationwide.[3] For example, the law in the Bay Area used to be: "The Princes and Emperors of Rome in the pride and plenitude of power, observed this just rule, with the exception of Caligula" *People ex rel. Thorne v. Hays*, 4 Cal. 127 (Cal. 1854). It is now simply: "In *Gallo*, the court held…" *Williams v. Alameda Cnty.*, 3:22-cv-01274-LB (N.D. Cal. Nov. 22, 2022). Moratoria for nonpayment continue in force. *Williams*' as-applied claim is still unresolved.

A month ago in California, homeowners with no recourse resorted to their only recourse: shouting down the city council.[4] One went on a hunger strike[5] over his loss of $120,000- as his city extends through 2024. Another goes on TV to recount how someone "laughed in her face and said…we will never pay."[6] Another loses $50,000 and is left with a place "so trashed it was

---

[1] https://twitter.com/lwoodhouse/status/1646203512500678656
[2] https://www.nbcwashington.com/investigations/bigger-than-me-landlords-complain-about-missing-rent-payments-from-dc-covid-era-program/3297569/
[3] For example, *El Papel v. Seattle*, No. 22-25656 (9th Cir.) Ferguson Response Brief, ("coupled with relief measures…not a physical taking" & "regulation of landlord-tenant relationship"), Seattle Answering Brief ("novel theories" & "receipt and accrual of rent, which they could pursue through…government funding. *Accord Gallo*"); *Darby v. USA*, No. 22-1929 (Fed. Cir.) Response of United States ("current tenants…see Gallo").
[4] https://twitter.com/nat_orenstein/status/1638320511422959616
[5] https://sfstandard.com/housing-development/bay-area-landlord-goes-on-hunger-strike-over-eviction-ban/
[6] https://www.kron4.com/news/bay-area/plea-to-end-eviction-moratorium-in-alameda-county/



**RECEIVED** 1
4/13/2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

condemned."[7] The government offers nothing. This is all impossible to square with what city lawyers continue to argue: the moratorium "provides for repayment of past-due rent" and "protects the landlord's revenue-generating use of the property. See Gallo v. District of Columbia…" *County Defendant's Consolidated Opposition*, Case 3:22-cv-01274-LB, 9/29/2022.

In Berkeley, one councilmember is flustered by testimony which pops her bliss: "I'm just surprised to hear…um, I don't know… people who did not avail themselves of the many different forms of relief that were available."[8] A colleague steps in to correct her: "the programs stopped a year ago, at least" and "those programs required the cooperation of the tenant."[9] But who cares, so it's extended through fall 2023 anyway. In San Francisco, a moratorium extends without compensation and "without debate."[10] In New York, "There is Lee Yung Lai, a 63-year-old garment factory retiree whose tenant…hasn't been paying rent for four years… the tenant often hurls verbal abuse at her. With her husband's health declining, Lai's situation makes her so desperate that she says 'sometimes I think of killing myself.'"[11]

The 9th Circuit, two years ago, denied injunction based on L.A.'s lie it would "pay all the rental debt."[12] *Jevons* now arrives on appeal (argued April 11, 2023) and Judge Bybee asks: "you've got folks who are the tenants of your clients…" like in *Yee*, no? Judge Forrest: "isn't this a matter of degree" like in *Yee*? Cases which should control that panel are swept under the rug: *Owens v. Layton*, 233 P. 645 (Wash. 1925) (upon breaching lease, "thereafter the appellants…were trespassers"), *Western Un. Tel. Co. v. Hansen Rowland Corp.*, 166 F.2d 258 (9th Cir. 1948) (upon breach, "the appellant ceased to be a tenant of the appellee and became a trespasser").

---

[7] https://www.ktvu.com/news/alameda-county-landlords-owed-thousands-in-rent-call-for-an-end-to-eviction-moratorium

[8] The same propaganda line is present in this case: Plaintiff "has not alleged so much as an attempt to avail himself of numerous remedies at his disposal" District's Motion to Dismiss, at 32.

[9] https://www.nbcbayarea.com/news/local/making-it-in-the-bay/berkeley-eviction-moratorium/3166964/

[10] https://sfist.com/2023/03/22/supervisors-approve-60-day-extension-of-sf-eviction-moratorium/

[11] https://www.thecity.nyc/housing/2023/3/28/23659366/chinese-landlords-good-cause-eviction-democrats

[12] *Apartment Ass'n v. L.A.*,10 F.4th 905, 916 (9th Cir. 2021). "This case supports the District, not Gallo." June 21 Order, at 15. It seems to support the notion the city had to guarantee the rent. Los Angeles argued to the Supreme Court the case did not concern the *merits* (appellant failed to "develop facts that could change the outcome on the merits.") *Brief of Los Angeles*, case 21-788. The 9th Circuit simply adopted the trope below. *Apartment Ass'n of L.A. Cnty., Inc. v. City of Los Angeles*, 500 F. Supp. 3d 1088 (C.D. Cal. 2020) (city "will provide…rental assistance" but then oddly stating the contrary: "It is the court's reverent hope, expressed with great respect for the magnitude of the task at hand, that our leaders, and not the courts, lead us to a speedy and fair solution" *Id*, at 1104) (three years later…still waiting…)

Next on appeal this summer is *Darby v. USA,* a case before the Federal Circuit seeking nationwide compensation. Physical and regulatory grounds may be considered. The Feds seek dismissal by citing this case. Given this court's impact on everyone's rights, it should resolve the merits of my provocative theories (fleshed out in the Amended Complaint) without further delay.

"For folks who are saying that this is slavery…I don't want to hear another white, yellow…"[13] rants someone on the Oakland council, rubber-stamping another extension drafted by "tenant" activists and sued by people still stuck under her thumb who, for what it's worth, don't fit the description of her imagined oppressors.[14] For a lengthier discussion of the need for urgent resolution nationwide, see this week's California Insider, where a housing attorney describes client after client identically situated to myself.[15] Comments posted on the discussion include:

- "I'm in this boat where I'm losing my home…So grateful for this post…I'm a retired /disabled teacher…My health is rapidly declining and I don't want to live under a bridge. ..these squatters don't care…Happy Easter to everyone…Asking for prayers or happy thoughts.  I'm scared out of my life."
- Occupants "ordering food in every night and holding house parties the entire pandemic. My financial life destroyed"
- "I purchased an income property in late 2019, the eviction moratorium caused me to have to sell that property. When lost rent, unpaid utilities which became my responsibility, property taxes and maintenance costs were all factored in it cost me not only the property but most of what little retirement savings I had"

Respectfully submitted,

*Alexander Gallo*

Alexander Gallo
950 25th St NW #329N
Washington, DC 20037
516-770-1624
aogallo@gwmail.gwu.edu

## Certificate of Service

I certify that on April 13, 2023, a copy of this Renewed Motion is served by electronic mail on:

Andy.Saindon@dc.gov

---

[13] https://www.youtube.com/watch?v=jIT7iqFVwSU
[14] https://www.youtube.com/watch?v=d4BIN3yTT9Q
[15] https://www.youtube.com/watch?v=nK-WEL8YIHM

APPENDIX: Recent Photos from California

*Figure 1: A Man who Lost his House. Oakland, April 2023*

November 2020: "does not cite, nor is this Court aware of, any authority for the proposition that an imminent irreparable harm exists simply because a plaintiff may be unable to collect a monetary judgment against some unascertained third party at the conclusion of some unrelated, separate suit that has yet to, and may never, be filed in the first instance." *Apartment Ass'n of L.A. Cnty., Inc. v. City of Los Angeles*, 500 F. Supp. 3d 1088 (C.D. Cal. 2020), CV 20-05193 DDP (JEMx)[16]

November 2022: "they have failed…to plead any facts establishing a 'serious' economic impact." *GHP Mgmt. Corp. v. City of L. A.*, CV 21-06311 DDP (JEMx) (C.D. Cal. Nov. 17, 2022)

November 2022: "Intervenors' very existence is premised on…social justice" for its "black and brown" members. *GHP Mgmt. Corp. v. City of L.A.*, CV 21-06311 DDP (JEMx) (C.D. Cal. Nov. 22, 2021) (granting intervention to activist groups so they can oppose compensation for those depicted).

---

[16] It took me 30 seconds: *In Re Estate of Marcos*, 25 F.3d 1467, 1480 (9th Cir. 1994) (finding irreparable harm of non-collectible money judgment and noting "The Second, Fourth, Eighth, Tenth, and District of Columbia Circuits agree"), *Am. Passage Media Corp. v. Cass Commc'ns, Inc*., 750 F.2d 1470, 1474 (9th Cir. 1985) (""[t]he threat of being driven out of business is sufficient to establish irreparable harm.").



*Figure 2: Oakland, April 2023*



My name is Helen Chang I am over 90 years old.
I early 1980. I immigrated to USA.

After I know about the social benefits informations
granted to people   I decided, I should not take
advantage from our government or other people.

I learn English. I worked very very hard day & night
Save even an penny money for live independently
after retired

I retired at age of 77.  I bought a property for rent.
For the first 10 years after retired. my life is OK  But
Since June last year. my tenant refused to pay any rent
even H2O ( I still have to pay property tax. Oakland business tax,
RAP, & some repairing of the property).  These caused my
daily life very very hard and now. affected my health problems
( heart, digestive system.& mental suffering problems).
( I know the tenant has job, but not response me when I ask for
( pay me rent. or said " go to court "".

I beg Oak Citi to consider: We worked very hard to save
money. bought a property for live independently when retired.
We are layer. diligent & faithful to our country & people.
Oak Citi should end " .... evict ... " role ASAP Covic epinobic
is over. landlords " no rental income" suffering is enough &
enough. We need to be protected. This is our human right.

*Figure 3: Letter Posted in Oakland City Hall, April 2023*



*Figure 4: Oakland, March 2023*