UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALEXANDER GALLO,**<br><br>             Plaintiff,<br><br>     v.<br><br>**DISTRICT OF COLUMBIA**,<br><br>             Defendant. | Case No. 1:21-cv-03298 (TNM) |

## ORDER

In March, the Court granted Plaintiff's Motion for Reconsideration and ordered him to file an Amended Complaint. *See* Mem. Order at 9, ECF No. 34. He did so. But his Amended Complaint does not comply with Rule 8, which requires that plaintiffs provide "a *short and plain* statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2) (emphasis added). Rather than focusing on the specific facts relevant to the case and the claims he advances, Plaintiff includes large sections better suited to a legal brief, such as: "Introduction: Background Principles of the Law of Land possession." *See* Am. Compl. at 3, ECF No. 36.

Understandably, the District appears to have misunderstood part of Plaintiff's case. The District asks the Court to dismiss Plaintiff's Amended Complaint, focusing solely on the unit that Plaintiff bought at a foreclosure sale. *See, e.g.*, Mot. to Dismiss (MTD) at 14–15, ECF No. 42 (explaining why there was no physical taking of the foreclosure unit). But Plaintiff says that he is suing for other rental units too. *See* Gallo Opp'n at 1, ECF No. 44 (protesting that "Section I of the Complaint concerns: *all* my condos and *all* my leases") (emphasis in original). But he gives almost no information about them. The parties have talked past one another.

For these reasons, it is hereby

**ORDERED** that Plaintiff shall file a Second Amended Complaint that comports with Rule 8.  *See* Fed. R. Civ. P. 8.  That Complaint shall not include extensive legal arguments and shall include "a *short and plain* statement of the claim showing that the pleader is entitled to relief."  *Id.*  And he must clarify which claims apply to which units.  It is further

**ORDERED** that Plaintiff must file his Second Amended Complaint within 30 days from the entry of this Order; it is further

**ORDERED** that the District's [42] Motion to Dismiss is **DENIED** as moot; and it is further

**ORDERED** that Plaintiff's [45] Motion to Expedite is **DENIED** as moot.

Plaintiff has now had multiple chances to submit a complaint that complies with the Federal Rules.  He should not expect another.

Dated: July 10, 2023                                                    TREVOR N.  McFADDEN, U.S.D.J.