UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Alexander Gallo
*Plaintiff*

v.

District of Columbia
*Defendant*

**Case 1:21-cv-03298-TNM**
**Judge Trevor N. McFadden**

### Notice of Supplemental Authority

Plaintiff (requesting leave if necessary) notices the 9th Circuit has rejected the District's standing arguments made in this case. See *Iten v. Cnty. of L. A.*, No. 22-55480 (9th Cir. Aug. 30, 2023). "Iten need only allege that the Moratorium imposed additional rights, remedies, conditions, or procedures that impair the obligations to which he and his Tenant had contracted." *Id*, at 17 & "the district court's speculation misconceives the nature of a Contracts Clause claim. Iten is protesting the fact that he even has to run the gauntlet of additional procedures…" *Id*, at 20. "In sum, Iten, at least for purposes of filing a complaint, has alleged that the obligations of his contract had been 'taken away or materially lessened.' Lynch v. United States, 292 U.S. 571, 580 (1934). That is sufficient to state a claim under the Contracts Clause" *Id*, at 24.[1]

Notably, Iten has only one lease while this Plaintiff had several which were breached.

Respectfully submitted,

*Alexander Gallo*

Alexander Gallo
950 25th St NW #329N
Washington, DC 20037
516-770-1624
aogallo@gwmail.gwu.edu

---

[1] A partial dissent gripes over standing to challenge a statute which withdraws remedy for breach without "suffering" a consummated breach: "I do not agree with the principle implicit in the majority opinion that Iten and every other landlord in the county had standing to challenge the Moratorium the instant it went into effect… the majority's theory would confer standing on a landlord whose tenant never stopped paying rent even though that landlord did not suffer a…" Gordon, J, concurring in part. This dissent ignores the possibility that mental anguish is caused by the imminent threat of unbounded robbery sanctioned by statute- a financial Sword of Damocles the government swings over one landlord's head while he watches *someone else* get gored.

**RECEIVED**[1]

SEP 1 2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**<u>Certificate of Service</u>**

I certify that on September 1, 2023, a copy of this Notice is served by electronic mail on:

Mateya.kelley@dc.gov